B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas
## Houston Division

In re  **Jacey Ray Jetton    Fanny Tsui Ling Jetton**,   Case No. **11-36171-H3-7**
                                    Debtors                                              Chapter 7

# AMENDED - CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| American Honda Finance Corp. | 2008 Honda Pilot (40,332 miles) |

Property will be *(check one)*:
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [ ] Claimed as exempt
- [x] Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| CitiMortgage, Inc. | Rent house located at 969 Shephard Drive, Corpus Christi, Nueces County, TX 78412-3568 (CULLEN PLACE UNIT 1 LT 11 BLK 13) - OCCUPIED BY RENTERS - SURRENDERING |

Property will be *(check one)*:
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [ ] Claimed as exempt
- [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)	Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**State Farm Bank** | Describe Property Securing Debt:<br>**2004 Ford F150 Pickup (100,000 miles) - Debtors' sold vehicle to Stacey & Ronald Gerrauch, wife's former business partners, for $5,000.00 and they have possession of the vehicle and are making the monthly payments to the Debtors' for the amount of the vehicle payments - SURRENDERING** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Financial Services** | Describe Property Securing Debt:<br>**2011 Toyota Corolla LE (3,900 miles) - SURRENDERING** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | Describe Property Securing Debt:<br>**Homestead located at 1910 Mission Creek Circle, Houston, TX 77084-4797 (LT 15 BLK 5, WESTLAKE SEC 1)** |

B 8 (Official Form 8) (12/08)     Page 3

---

**Property will be** *(check one)*:
- ☐ Surrendered
- ☑ Retained

**If retaining the property, I intend to** *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

**Property is** *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Tessa K. Laskowski | **Describe Leased Property:**<br>Lease agreement for house located at 969 Shephard Drive, Corpus Christi, Nueces County, TX 78412-3568 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Keller Williams Coastal Bend/ | **Describe Leased Property:**<br>Potential liability for Residential Leasing and Property Management Agreement for leasing house located at 969 Shephard Drive, Corpus Christi, Nueces County, TX 78412-3568 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO |

   <u>0</u>    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **9/10/2011**

            **s/ Jacey Ray Jetton**
            **Jacey Ray Jetton**
            Signature of Debtor

            **s/ Fanny Tsui Ling Jetton**
            **Fanny Tsui Ling Jetton**
            Signature of Joint Debtor (if any)