**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Jacey Ray Jetton
Fanny Tsui Ling Jetton
**Debtor(s)**

Case No.: 11–36171

Chapter: 7

**ENTERED**
**09/26/2013**

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/26/13

LETITIA Z. PAUL
United States Bankruptcy Judge